IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Federal Trade Commission, | ) | No. CV10-530-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| LifeLock, Inc., et. al., | ) | |
| Defendants. | ) | |

The Court has entered the two stipulated judgments (doc. # 2,3), which terminates this case. However, substantial compliance and enforcement issues remain. These judgments do not moot the pending motion to consolidate this action with other proceedings pending before Judge Murguia, as post-judgment consolidation may well be merited. That motion must be ruled upon by Judge Murguia.

DATED this 15th day of March, 2010.

Neil V. Wake
United States District Judge