GREGORY J. MADDEN (MD Bar)
SUSAN H. POPE (D.C. Bar No. 470345)
HONG PARK (D.C. Bar No. 475930)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Drop CC-9528
Washington, D.C.  20580
Tel: (202) 326-2426, -3302, -2158
Fax: (202) 326-3197
Email:  gmadden@ftc.gov, spope@ftc.gov,
hpark@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>    v.<br><br>LifeLock, Inc. *et al.*,<br><br>    Defendants. | No.  CV-10-00530-PHX-MHM<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING PROPOSED DOCUMENTS UNDER SEAL** |

Plaintiff Federal Trade Commission, by and through undersigned counsel, in support of its allegations that from at least October 2012 through March 2014, Lifelock violated the 2010 Order by: 1) failing to establish and maintain a comprehensive information security program to protect its users' sensitive personal

data, including credit card, social security, and bank account numbers; 2) falsely advertising that it protected consumers' sensitive data with the same high-level safeguards as financial institutions; 3) failing to meet the 2010 order's recordkeeping requirements; and 4) from at least January 2012 through December 2014, falsely claiming it protected consumers' identity 24/7/365 by providing alerts "as soon as" it received any indication there was a problem, hereby gives notice to all interested parties that it has lodged under seal with the Court this same date the following:

(1)   Memorandum in Support of Its Notice Of Lodging Proposed Documents Under Seal;

(2)   Certification of Plaintiff Federal Trade Commission Regarding Conference Requirements under Civil Local Rule 5.6;

(3)   Motion for Leave to File Memorandum in Support of Its Motion for Contempt Against LifeLock, Inc. in Excess of the Page Limit;

(4)   Motion for Contempt Against LifeLock, Inc.;

(5)   Memorandum in Support of Its Motion for Contempt Against LifeLock, Inc.;

(6)   FTC Lodged Proposed Exhibits 1 through 73; and

(7)   Motion for Leave to Allow the Non-Electronic Filing of Exhibits in Connection with Plaintiff's Motion for Contempt Against LifeLock, Inc. and Memorandum in Support Thereof.

                                                                                                              Respectfully submitted,

Dated: July 21, 2015                                s/ Gregory J. Madden
                                                                         GREGORY J. MADDEN
                                                                         SUSAN H. POPE
                                                                         HONG PARK
                                                                         Federal Trade Commission
                                                                         Division of Enforcement
                                                                         Mailcode: CC-9528
                                                                         600 Pennsylvania Ave., NW
                                                                         Washington, DC  20580
                                                                         (202) 326-2426, gmadden@ftc.gov
                                                                         (202) 326-3302, spope@ftc.gov
                                                                         (202) 326-2158, hpark@ftc.gov
                                                                         (202) 326-3197 (facsimile)

                                                                         Attorneys for Plaintiff
                                                                         Federal Trade Commission

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants, and served a copy of same to the following if non-registrants, this 21st day of July, 2015.

      Andrew G. Berg, Counsel to LifeLock, Inc. (via CM/ECF)
      Greenberg Traurig, LLP
      2101 L Street NW, Suite 1000
      Washington, DC 20037
      berga@gtlaw.com

      Bilal Sayyed, Counsel to LifeLock, Inc. (courtesy copy via email)
      Kirkland & Ellis LLP
      655 15th Street, NW
      Washington, D.C., 20005

    bilal.sayyed@kirkland.com

Date: July 21, 2015    By:   s/ Gregory J. Madden
                                                   GREGORY J. MADDEN