| | |
|---|---|
| Mark C. Holscher<br>mark.holscher@kirkland.com<br>(pro hac vice application forthcoming)<br>Diana M. Torres (CA SBN 162284)<br>diana.torres@kirkland.com<br>(admitted pro hac vice)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California  90071<br>Telephone: 213.680.8400<br>Facsimile: 213.680.8500 | Gregory J. Madden (MD Bar)<br>gmadden@ftc.gov<br>Susan H. Pope (D.C. Bar No. 470345<br>spope@ftc.gov<br>Hong Park (D.C. Bar No. 475930)<br>hpark@ftc.gov<br>FEDERAL TRADE COMISSION<br>600 Pennsylvania Ave., N.W.<br>Mail Drop CC-9528<br>Washington, DC 20580<br>Tel:  202.326.2426, .3302, .2158<br>Fax:  202.326.3197 |

Andrew G. Berg (admitted *pro hac vice*)
berga@gt.law.com
GREENBERG TRAURIG LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Tel:  202.331.3181
Fax:  202.331.3101

*Attorneys for Plaintiff Federal Trade Commission*

Mark A. Nadeau (Bar No. 011280)
mark.nadeau@dlapiper.com
Cole J. Schlabach (Bar No. 026364)
cole.schlabach@dlapiper.com
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel:  480.606.5100
Fax:  480.606.5101

*Attorneys for Defendant LifeLock, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Federal Trade Commission,<br><br>           Plaintiff,<br><br>     v.<br><br>LifeLock, Inc., *et al.*,<br><br>           Defendants. | CASE NO.  2:10-CV-00530-JJT<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO SEAL (FIRST REQUEST)** |

On July 21, 2015, Plaintiff Federal Trade Commission (the "Commission") filed and served on Defendant LifeLock, Inc. ("LifeLock") a Notice of Lodging pursuant to L.R. Civ. 5.6(d). (Dkt. 20.) Given the volume of material that has been lodged, including over 70 exhibits that have been lodged under seal, LifeLock requires additional time to respond to the Commission's Notice in order to complete its analysis of the material in question.

Accordingly, the Commission and LifeLock hereby stipulate and jointly request that the Court extend the deadline for LifeLock to file a Motion to Seal in response to the Commission's Notice of Lodging to **August 17, 2015**.

The parties further agree that the time for LifeLock to respond to the Commission's lodged Motion for Contempt does not begin to run until the Motion for Contempt is filed with the Court following an order on LifeLock's Motion to Seal.

A proposed form of order has been submitted concurrently with this stipulation.

Dated: July 30, 2015                         KIRKLAND & ELLIS LLP

                                             s/ Diana M. Torres
                                             Mark C. Holscher (*pro hac vice* forthcoming)
                                             Diana M. Torres (admitted *pro hac vice*)
                                             KIRKLAND & ELLIS LLP
                                             333 South Hope Street
                                             Los Angeles, California 90071
                                             Tel.: 213.680.8400
                                             Fax: 213.680.8500
                                             diana.torres@kirkland.com
                                             mark.holscher@kirkland.com


                                             Andrew G. Berg (admitted *pro hac vice*)
                                             GREENBERG TRAURIG LLP
                                             2101 L Street NW, Suite 1000
                                             Washington, DC 20037
                                             Tel: 202.331.3181
                                             Fax: 202. 331.3101
                                             berga@gt.law.com

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark A. Nadeau (Bar No. 011280)
Cole J. Schlabach (Bar No. 026364)
DLA PIPER LLP
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232
Tel: 480.606.5505
Fax: 480.606.5110
mark.nadeau@dlapiper.com
cole.schlabach@dlapiper.com

Attorneys for Defendant LifeLock, Inc.



  s/ Gregory J. Madden (with permission)
Gregory J. Madden
Susan Pope
Hong Park
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mail Drop CC-9528
Washington, D.C.  20580
Tel.:  202.326.2426, -3302, -2158
Fax:  202.326.3197
gmadden@ftc.gov
spope@ftc.gov
hpark@ftc.gov

Attorneys for  Federal Trade Commission

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on July 30, 2015 a true and correct copy of this Stipulation to Extend Time to File Motion to Seal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: s/ Diana M. Torres