# EXHIBIT K

**Daly, Helen (Secy-DC-Antitrust)**

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **Sent:** | Tuesday, July 21, 2015 12:29 PM |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:10-cv-00530-MHM Federal Trade Commission v. LifeLock, Inc., et al Sealed Lodged Proposed Document |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered by Madden, Gregory on 7/21/2015 at 9:28 AM MST and filed on 7/21/2015

| | |
|---|---|
| **Case Name:** | Federal Trade Commission v. LifeLock, Inc., et al |
| **Case Number:** | 2:10-cv-00530-MHM |
| **Filer:** | Federal Trade Commission |
| **WARNING: CASE CLOSED on 03/15/2010** | |
| **Document Number:** | 19 |

**Docket Text:**
**SEALED LODGED Proposed. Document to be filed by Clerk if Motion or Stipulation to Seal is granted. Filed by Federal Trade Commission. (Attachments: # (1) Memorandum in Support, # (2) Declaration of Gregory Madden, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3, # (6) Exhibit 4, # (7) Exhibit 5, # (8) Exhibit 6 (1 of 2), # (9) Exhibit 6 (2 of 2), # (10) Exhibit 7 (1 of 2), # (11) Exhibit 7 (2 of 2), # (12) Exhibit 8, # (13) Exhibit 9, # (14) Exhibit 10, # (15) Exhibit 11, # (16) Exhibit 12, # (17) Exhibit 13, # (18) Exhibit 14, # (19) Exhibit 15, # (20) Exhibit 16, # (21) Exhibit 17, # (22) Exhibit 18, # (23) Exhibit 19, # (24) Exhibit 21, # (25) Exhibit 22, # (26) Exhibit 23, # (27) Exhibit 24, # (28) Exhibit 25, # (29) Exhibit 26, # (30) Exhibit 27, # (31) Exhibit 28, # (32) Exhibit 29, # (33) Exhibit 30, # (34) Exhibit 31, # (35) Exhibit 32, # (36) Exhibit 33, # (37) Exhibit 34, # (38) Exhibit 35, # (39) Exhibit 36, # (40) Exhibit 37, # (41) Exhibit 38, # (42) Exhibit 39, # (43) Exhibit 40, # (44) Exhibit 41A, # (45) Exhibit 41B, # (46) Exhibit 42, # (47) Exhibit 43, # (48) Exhibit 44, # (49) Exhibit 45, # (50) Exhibit 46, # (51) Exhibit 47, # (52) Exhibit 48, # (53) Exhibit 49, # (54) Exhibit 50, # (55) Exhibit 51, # (56) Exhibit 52, # (57) Exhibit 53, # (58) Exhibit 54, # (59) Exhibit 55, # (60) Exhibit 56, # (61) Exhibit 57, # (62) Exhibit 58, # (63) Exhibit 59, # (64) Exhibit 60, # (65) Exhibit 61, # (66) Exhibit 62, # (67) Exhibit 63, # (68) Exhibit 64, # (69) Exhibit**

65, # (70) Exhibit 66, # (71) Exhibit 67, # (72) Exhibit 68, # (73) Exhibit 69, # (74) Exhibit 70, # (75) Exhibit 71, # (76) Exhibit 72, # (77) Exhibit 73)(Madden, Gregory)

**2:10-cv-00530-MHM Notice has been electronically mailed to:**

Andrew G Berg     berga@gtlaw.com

Burke Kappler     bkappler@ftc.gov

David Medine     David.Medine@wilmerhale.com

David Westley Lincicum     dlincicum@ftc.gov

Gregory John Madden     gmadden@ftc.gov

Jennifer OConnor     jennifer.oconnor@wilmerhale.com

**2:10-cv-00530-MHM Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-0] [236686804785cde13ec32e5a6797579ecababe9b2ef30b6686fcc8add572c1a0ab78d09cbc0068bc2a9f428fce937928a7016818a413fc5688f4a1437e0ab16e]]
**Document description:** Memorandum in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-1] [8b25afc825bde94cc12ac374178a72f8e31207bfeb58e90317d8c4debbf47212de7231ae87134ef5e96290fb929b40bbcbeebc185e81aca51702647b3e31ff17]]
**Document description:** Declaration of Gregory Madden
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-2] [8b93a41812b8e0a73847ce29f8df0d4660a447d673828348013f2178d03320915d290b61f6ce32d0137a9b1912fba26ac397a799d27f547ca3749abf17021e9f]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-3] [1a7556150fa37de4bc6db0b6433ab87b67bbb0dfdfd5cfe2114b74eaee3b061714b70cb34fdcbad4d50df532c0cbd7db4eb77dc44cc773d53015c0db23b5dfd9]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-

4] [a48402da90608172ba959ba78032edf3c32ee39da0332ffe0e90f58412c6db86dd 94fd8da5ab2b7a4b370507a42377d46095e60d28ca28cb5b4cbaeb3ca243c9]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-5] [82ab19ff5fe589938407c00eea1b671fd5f5b41027433a908998789d1153989a03 17b6f348ef9a8c2ffd13ae6db2a98c6afe4fd6fb9744a3e63711347a5d4537]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-6] [39d2d37ee5102e7453a373065acbdc6876c9760bfbee674b02c35556d96f7bf34a 2746035fa34a92a65a2a50c292d4b01f9cf67f0f110e7d9449843dd0843639]]
**Document description:**Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-7] [4493b37e9e233b28fa0eb13775cc585879826679bc2587db713cb41f706dd168f0 f127ca4a753e52c3c3c5f1ab6816e35c2582c2d339f98ba6b4c9565472dac5]]
**Document description:**Exhibit 6 (1 of 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-8] [6fd704139c80b698c1fe89e400dd804d207614d8612d6e53a0bae5f390499ad233 23deeaeb26f58fe79bb507a3b8cc88ecb58f8575da7099a2c349b91b0f9fcc]]
**Document description:**Exhibit 6 (2 of 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-9] [3f63d1c8299c80434ff728a2821790bceeda73fed7395c59b2efdbf86e16a49208 42401aa8abe0ddd4dfe9614299b7ca44edf5a07e05a5aeff4dea149510a266]]
**Document description:**Exhibit 7 (1 of 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-10] [1455b805c8916fb15acbe12975de1559847e5459df2e7e69ae41d72abe0563db5 472f677b318c3f1bee760b9f628e5f626ee00aa442efe8acf9ff18ab0dda494]]
**Document description:**Exhibit 7 (2 of 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-11] [32e727745fd905af06f367c5abdef258e82cacf590313ae669be2fbf60ae5985e dc1a096d74cd75b330d77b77735cda3108a31e901c08629e5f764adeac184d2]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-12] [a9309e2b9cec91afd41361793d4528f302df3fef272db98535404cf72f5d002e9 00c6c7f5f3eb6a17d2e48acb97fdb0acad862b89667a916aede8c1cbb9087c3]]
**Document description:**Exhibit 9

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-13] [5fe1fccb90d8aed4f1cc328e4ee9e06c021d4ba8aa6c95ff15fd94fa708146368c2a39f7bd5c3432332572ffd39c62048ff521f063c315c25542e78a17d9481d]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-14] [69f737e01044ea1a9d760ee2f274f1f82565596bc603ea8845f0cdb28f579c455a1c4ef6ea1a57b7f58d623860639630216c45072d46114ff36d1533c1646c4d]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-15] [902c538f23bf9f3c7cc31f3c44945cf2701dcd8c16af73f0a47d9e2ed5b1697f535ce108ecf7a6141118b5d3090af53d64052b7715959b039964a4e3c6ecfb3e]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-16] [953d6575d7aa9596d689831038e50acd82384d1c6af0b3634bb024e63d172961cd864262b82f6e0a2842ec57d95d19cefef45ef97dcd1e88c67dffb01171ffca]]
**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-17] [212e56521e4ed3748d81befc7075c01f28c43e4b112600d5ea4c2f141cfa1027ddade6029fd4bb3779bc6732ffa50dfe4ce8f3e63567a52581358dbd31e7adb0]]
**Document description:**Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-18] [006fe73c5f0129e9e47c972122fe72d34fc7a3747c3153eecee743611bbd9209d418a992e6b127a27a83f6265685f05f691ccdbc3ee495c98128150c0d31cfe4]]
**Document description:**Exhibit 15
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-19] [0b3a0f9cd5747ef7440959fd8b32bd79560ab36c7f8507428f52609f7b0c879a7d4c202f255dea0598a1acc4da944558d2d9d8a06dae97daf8eb399d9a7df31d]]
**Document description:**Exhibit 16
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-20] [1808da007ff18e9e44c4b903d23bc841c839186df2fa387ffa852c06437dc812ea9446f6d18fa935208e2403d414bf204042ecf5a314c9b867cf642abc4b4d57]]
**Document description:**Exhibit 17
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-

21] [078c1ecb467341c16d3bbe15a6c2a073cd2d91d9b64fd2495d56461c84ad4f913 499f94eadd48aecdb1bcc07bf8a891e6720479d36a31da3c16597c8476daeac]]
**Document description:**Exhibit 18
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-22] [40fbe6e66b8d91efd8763e387fa3ff2cd0a259d1988f2e83e7c0eb7d698230b7f c6de3643214463abe4d56ea313dc647618024ea00c176a1ef7ee4c9aab5193c]]
**Document description:**Exhibit 19
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-23] [8e007b5e1bddc9826fefab9a5cc1fa8f81d50fdff701dce97f8d856bd120cbf78 17021ed4bfe770ad1a134485667c9f0e8a94ca497d8fcbec4bf77d2f9404543]]
**Document description:**Exhibit 21
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-24] [513cacb9b11b8d32752ebf3fb439607afce4fd503e3a783d3e9a829603935fb08 42b628c4356c4513b1da80c0743810ae4e35899aa0c4bcaa583dde6b59a2ca8]]
**Document description:**Exhibit 22
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-25] [1c0515948d6381d96e923467bd2e93a47b051182008765785c391cee7add5bd0c cb4ca1809e419a7646653f0470df5b561177511374d8b1ba4b21de917840e84]]
**Document description:**Exhibit 23
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-26] [721b02aa72e3eae23076d6cb4d6be8dfe7dc1e78a63e7803720cdac7ef5f8e788 1ea2fdef9dbcf6f51257b447d4cbcbbda8e1e256d64e6a41ce96cdb633e0b19]]
**Document description:**Exhibit 24
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-27] [a3e66bb8ff867c48cfdef0cfa54804805604d9bc98a784e323f056827931a1a37 352a0a35c2793d476052fbbeb06a7dbc6cb142a3c8f03a12433d0babc6cf210]]
**Document description:**Exhibit 25
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-28] [758a99a39cc3b6437c57633627d79bfd052462e7b2e97c968d4253cf025035064 23919f0ffa1a24fc6d156c5ee024d355967cc5c593a56d9ca8ae29802658ea9]]
**Document description:**Exhibit 26
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-29] [2f2f7b7bee8fdb659ad10078e02512edc3fc9371404a8bce9b23d8fe3097915eb 53861833f2cd9c92b543e5abae2d3be981f177760460ddc40a3aafcb3d225c4]]
**Document description:**Exhibit 27

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-30] [77b6a36c5bc20636ab2b0e3a5ab7c5c65f47056a5bb0c3a72eb8e9e9d08bc9c1d3d5bb059f3862ab82cc28247ea706ab93c84db17bbc2f42bd3ed795805961f7]]
**Document description:**Exhibit 28
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-31] [4a55f57696d79c2d240d989e5035a701e847e1554e6b516e8f227b4abcb9678f76ddb38f3fa09bc956d342dfe4d345bf2b4490e68d764c587689badc098fcdc2]]
**Document description:**Exhibit 29
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-32] [73b021b881807ddab793b167d654f0926cce70d7bd37169f87267f6544810f3585f2ef9f0e02a994773f36ba07e0f95e19d4b53d2ebf05dc25234d3dc6723322]]
**Document description:**Exhibit 30
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-33] [4e2eb185c41c752ed45c27dff645d27415f41187c5cb90db830bf98fb013e7480813817f95ea10b6cf02f88daa20e9b103faf3cfe4c59f92ed7313d911a00b0c]]
**Document description:**Exhibit 31
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-34] [2040e5a2565581060075065862e7a2b6ff97e69ebdb8133fcd3aee8be810aec4b619e6c88454a8e77b7b84ebbe979ee9f5bacd42358bb7e2506abf4154a37d94]]
**Document description:**Exhibit 32
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-35] [4245b2baafad12df187eefd92f341e7295533db9ef4c3dd1c0d666ee24de2c8cea1834da2e71466aa50e45ba1bf800e76df3113ffc881218173c246890066c81]]
**Document description:**Exhibit 33
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-36] [14531f7df73da61b1296f7b0ed4682aa4e3a93a2a375dc52020e1f3dfbdb8814d5d7da7eb58bdba4a6fb4e1ebbde121c6f6c43f4ad66ee95b0fc780761306cb6]]
**Document description:**Exhibit 34
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-37] [04d5618c26db03d7127cee15f0b49595e490c063cb8ec383f209b51e878a302a24d9423c4ce0ebc0a081280d65eb49551e504f97d8b066b299a4c68c167e2a29]]
**Document description:**Exhibit 35
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-

38] [a4df2f0c77f4912145a2f1011aa0458c07f74485a58aae8359766fff169c287a6 f213bcd2178e495eccc1c061520263b9379ee2b1652adfffaca33ec064cea22]]
**Document description:**Exhibit 36
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-39] [4ab49fd0b4fb9724dde8908e3e40132385e58e2e68664004cd4221bcd5e8d87ac 9bbff1e27eebeb3ba3541451c6ae19f6a11dd4ca0fb7296c91d73a81aded59d]]
**Document description:**Exhibit 37
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-40] [3b07136a0d0ab20fe4c0ab1a2165d5fe58cb4cb650624bc7a25ac8e3269af2386 7e78bdfb00f77e366f602cb76bc5b4b09e21a5decd7fa7cfca5cab0663e54e6]]
**Document description:**Exhibit 38
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-41] [49f80507c39d8401459ce95bb6f05af7a98fb6e9f29a6901d657f3668122e50e6 9f3974a6ad34bc3b8d4e35b3aac902fa454131f718c9a4eeb2544d2e928c194]]
**Document description:**Exhibit 39
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-42] [a1bec277c75934bfe9f230acc2057f1b893f9a6c2de9498cca933e3a46a458180 cc9653edc0b5e760cf714446fe05dc928322e3b55995fd63b068cd01c7b3dbd]]
**Document description:**Exhibit 40
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-43] [07548b6812ccfe372d20e3dc42d460d2261fc3151cd5e588cf78ec46fc9dc6cb8 f0e59b47c3ec9ebb42e766ab0d8de8ef7858c0859ea7dd1fe8c23453719cf66]]
**Document description:**Exhibit 41A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-44] [048ee5c99c90a0b585944d861386ac81596aeb3dfd2005fbdb666bfcccfdef996 2fd980bff9eeb90e4bb717fe99a772b3a4394b1d8af336503a13f611cf1ea84]]
**Document description:**Exhibit 41B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-45] [7540f92286e2a580594c81047abb8d9515d5ebadc18d2f2053b009dcc64c95dd9 d11c525384ccee0e7f542577fcc41c8a69cea6a3551c59237c6af440086ae66]]
**Document description:**Exhibit 42
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-46] [a827f23bb41813e32acf197391f6ba72706d194ce312f18c1cb15794309a26bd3 1ab20c7649959f65f204a392a038237835046a7ae39eb94ade968f336c39355]]
**Document description:**Exhibit 43

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-47] [49c14027cce94861652f3ce462f473ea078265e40b60cff822b4cf88e3287b5341ca07f683662eeba1eadf810cc3450400dd491fd7ea08a7c03d475c3a2fc771]]
**Document description:**Exhibit 44
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-48] [2370c47825eba369ef6343124ef1b582e75b597e3eaaeda001cb2a9bac1e0912be3ce55dfe1eb1743707494a72f31cb6d324172b00c447a334378b89f021f3a1]]
**Document description:**Exhibit 45
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-49] [aa332fca899e61b7c9c2b9334e938544fb0d1e1c869a1ca2a9cac2ca0d060ec65e1b032324d057d441bfe859009ce281f57a5502ed125c736d81a589bd3f41dd]]
**Document description:**Exhibit 46
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-50] [08ea57e12b6bbffe4e321d7bf2e7193308d048825d516bdb059e40b33123da378a18184bfea6b962dcccfb4c5e4ba5344863374b4ee5963fbf52fc9f19e9b433]]
**Document description:**Exhibit 47
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-51] [14269a92b7729bd62f529007459447861cad897e2b1378201f92045759fa08e9da888397879ee64102d49b5089008896b3d1481fba6c4f34676dd6d7adf5d61d]]
**Document description:**Exhibit 48
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-52] [462c9dbe36294454a8fac29bc14a265aa3ffbb3bcbe18294887dd28567822b491525fee18e82dff0ac13f77435a61d35e0b9b69820f2880867e9ab62123267b2]]
**Document description:**Exhibit 49
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-53] [69f8f746e81b41f17958f7edeffb9d9b4837da9a575280a7f63675d4be503c1af00fa888c24ac0f6487af7f3dd3315199cc24e7e480e37a2ca3546c51894d0d4]]
**Document description:**Exhibit 50
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-54] [2ca97a14085118d15c815bf1802f47544902805395ff483bd2a8385a8c2ef8b0e54ad426e9c84d30895c5a5b32bb8f74a5b7ff9d57af8f0bf7497ea83626c873]]
**Document description:**Exhibit 51
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-

55] [8d93df58f911f32a9d78e3405b4f70cd92bc389ab4bc235db0e24c23193caf5a3 e8cb9b5a0912a434c7291ece2475fc83c3da3ed5aa8783fb813b71ad730bbdc]]
**Document description:**Exhibit 52
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-56] [80e61c6c8e0b581cc1424620d21717c846283e74b502f2846bb7d02b031b2ed0f 27456c0546fed6149b7867d156381244e1b70c4c41d47ff8e7a3c8eb9748ba7]]
**Document description:**Exhibit 53
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-57] [8c03bc4f22a280cc23bac9676aa3b18c658ace4ad11a92cceb5825230956376bf 37ca69333029c19b405c652423ce97fe23c5ada01442421b966088ba8b2f23b]]
**Document description:**Exhibit 54
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-58] [a13fe1273e13592b9ae4e72c5e5dbbf62b55b3e8e3024a21fdebb4d6749a3ed6e 147f4185ab694eccf9d94d127ff668f7184c456074746e869e6aa1b9bb61f68]]
**Document description:**Exhibit 55
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-59] [85ebe117f1d707f0e370f9f3f6152dd4ea8163b80e7390d43990f9987f95a625e 17a020fc4d76db7df1840475f0edc1a054bab046eda38515eac9120a343118a]]
**Document description:**Exhibit 56
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-60] [72e5a9d8ce00c6ba636fe69c2bef21b57bebf7ae3f821d73c17377952f98ed65c e7fa965bd585bcbb7cb91873a9b68d860470a465fdc1d8ba352177bebd0b36c]]
**Document description:**Exhibit 57
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-61] [7cc051429331292918fc76968050e50a3db6167f6c3ab6485918bce0eb52acfe0 94dfc9ff9d5c2d386df38cd93ac8bdd550409584db5794c6c0626fc43bf2d6c]]
**Document description:**Exhibit 58
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-62] [47f6e569d2a5f5e9326591b544cf28538040efac0cc5311183c8e90823452b654 44f32753657e6ed58052e50e219b379189139bc2d276b0dc3f4ea153a06c962]]
**Document description:**Exhibit 59
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-63] [31ac59d554de9314ded4c82df7ce030729b8381878d3b31cf1d5727a322861d33 de5dc79fb7a6cb34e6d113526a608b04636bab1cfa482df6e38b29828084514]]
**Document description:**Exhibit 60

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-64] [0e39c16ce9b5521031d6160225229fbf4c12ed11b38cf113d941fa143d124060097c0307068a670b05b9cfcb5a6122aa4a1e720a64bb6bd90663ee223b645a91]]
**Document description:**Exhibit 61
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-65] [9a5c51e8683132f2f3812bf4ba2a3cb1122b09eb5a0fec0feadf890a2fdbb431f8a054c0b6baa3716f00956b60d25fdda0c60f55f4fda357b6830f1d4df9222a]]
**Document description:**Exhibit 62
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-66] [2e2cac049afa90497ec2d85e1ac6ddcec8d67ba5e00eaa3f1f9012be3afe16a21b4a4219003642e8810109fbf3553b76e2245bcbb64dccf5679af696106a3fca]]
**Document description:**Exhibit 63
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-67] [87778cd6ad9bfffb46d2813dff6cf920b7a9d15643ae2b8d4fe532755c3448c967a07d5985293ef6e67d69e987e3c7d30a5dce7da2e3b0613e356e253769aa47]]
**Document description:**Exhibit 64
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-68] [3ecfe27f06a2b1136fc9ccf0e9f6f33855754101e63e31900e93d884ba00014a57b5a9d17fb3e8c6a7d3fb2a857bb8391daf1ec430200ac75def64e1223a0f3f]]
**Document description:**Exhibit 65
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-69] [58b961ea04dc29f67801f8bab47e1652f04aaf1aac7aa68fbddcc5b77438aa8cbbc82096d5c5302734570ccf8bce2133fe2b25fdfb40cd848f199cf2aec6cc8c]]
**Document description:**Exhibit 66
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-70] [698560fb924532c1010fda0bd544aba6f2257cb9fcd9081bc59f65d427e0c90aa48c244eefd5afd34702ea26a8d5f7beb8c958f5aadad655262873a56f1a0ec0]]
**Document description:**Exhibit 67
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-71] [7c602b191fa11e50c3ae7a5ebe59bb77279f22e3800fc5db989b510bcc5657d10d109339a2158795b33f69ea7bbe52e723ef5b2a25c4d095394adbb8e023fe36]]
**Document description:**Exhibit 68
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-

72] [64e075d29b75aa31ad775f6f955f14a5b43b9b7e9382e32455cf740be5309eefc8b40903c2830d8974fb9e5c9e57be3ad39af410fdbd23e708f37099e679e9dc]]

**Document description:**Exhibit 69
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-73] [03ab367118b6f98242612cc494cfc66486691609394a3af3e3668bdcda5f8dde136adb090f3b7d687bb2e99b0ab93c3090c34519d45f921e8f2b9e4d41f02d12]]

**Document description:**Exhibit 70
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-74] [a0b417d47fbe3ed6298d6574597848e301cdb32f1bed0382accb906350eacbba642e548d51d5d2a9ac65962b8a3c560cd1f5eeda367486786d4fb94b4f338f96]]

**Document description:**Exhibit 71
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-75] [560c31e4133da350f936865c8f9fa4b20436dd292a579262f7574059b26d241d716c73b8689a06b95bd01f87239c1d9ceab0c31954916195fdc3763dab22cda6]]

**Document description:**Exhibit 72
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-76] [2ba9d96ac585b9db587f551265ed37153f3dbc7cebca17ab01913375e9e92989f9a1576737f4bd9eac48a7424850568b0d5f1860ae148b8d36c4f1fc6230b0fc]]

**Document description:**Exhibit 73
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=7/21/2015] [FileNumber=13750847-77] [37c72659fe352d6de78bd1d2baf45f100c21a23a0014a1ef8a86afdde6fddbb9055b9604e57ae839bb143b71482b6c7458ef8a9eff75e559e057939a9fcd45c4]]