GREGORY J. MADDEN (MD Bar)
HONG PARK (D.C. Bar No. 475930)
ELISA JILLSON (D.C. Bar No. 989763)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Drop CC-9528
Washington, D.C. 20580
Tel: (202) 326-2426, -3302, -2158
Fax: (202) 326-3197
email: gmadden@ftc.gov, hpark@ftc.gov,
ejillson@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LifeLock, Inc., *et al.*,<br><br>　　　Defendants. | No. **CV-10-00530-PHX-JJT**<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S CONSENT MOTION FOR NINETY DAY STAY OF THE PROCEEDINGS** |

　　　Plaintiff, Federal Trade Commission ("FTC" or "Commission"), hereby moves this Court to stay the proceedings for ninety (90) days for the following reasons:

　　　1.　　LifeLock, Inc. ("LifeLock"), with advice of counsel, and counsel for the FTC have negotiated an agreement which would settle the above captioned matter.

2. The Proposed Stipulated Order Resolving FTC's Allegations of Contempt and Modifying Stipulated Final Judgment and Order for Permanent Injunction ("Proposed Stipulated Final Order") has been signed by LifeLock.

3. The FTC is an independent federal agency whose settlements are negotiated by staff and signed by defendants before the Commission votes whether to approve them. While counsel for the FTC is prepared to recommend the settlement to the Commission, the approval process takes some time.

4. The Proposed Stipulated Final Order would result in a complete resolution of all matters currently pending before this Court in this case. Any continued proceedings while the Commission is conducting its review of the Proposed Stipulated Final Order would, therefore, waste this Court's time and resources, as well as those of the parties.

5. On October 27-28, 2015, undersigned counsel communicated with LifeLock's counsel Diana Torres, Esq. and obtained LifeLock's consent to the Court's granting of this Consent Motion staying the proceedings for ninety days while the Commission considers the proposed settlement. No parties will be prejudiced by the granting of this Consent Motion staying the proceedings for ninety days.

Respectfully submitted,

Dated: October 28, 2015          */s Gregory J. Madden*
                                 GREGORY J. MADDEN
                                 HONG PARK
                                 ELISA JILLSON
                                 Federal Trade Commission

Division of Enforcement
Mailcode: CC-9528
600 Pennsylvania Ave., NW
Washington, DC  20580
(202) 326-2426, gmadden@ftc.gov
(202) 326-2158. hpark@ftc.gov
(202) 326-3001, ejillson@ftc.gov
(202) 326-3197 (facsimile)

Attorneys for Plaintiff
Federal Trade Commission

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I caused to be served via CM/ECF Plaintiff Federal Trade Commission's Consent Motion for Ninety Day Stay of the Proceedings and [Proposed] Order Granting Plaintiff FTC's Consent Motion for Ninety Day Stay of the Proceedings to all of the following counsel for defendant LifeLock, Inc.:

Andrew G. Berg
Greenberg Traurig LLP
2101 L St NW
Ste 1000
Washington, DC 20037
berga@gtlaw.com

Mark A. Nadeau
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd., Ste. 1000
Phoenix, AZ 85016-423
mark.nadeau@dlapiper.com

Cole Jacob Schlabach
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd., Ste. 1000
Phoenix, AZ 85016-423
cole.schlabach@dlapiper.com

Diana M Torres
Kirkland & Ellis LLP - Hope St., Los Angeles, CA
333 S Hope St.
Los Angeles, CA 90071
diana.torres@kirkland.com

Beth M. Weinstein
Kirkland & Ellis LLP - Hope St., Los Angeles, CA
333 S Hope St.
Los Angeles, CA 90071
beth.weinstein@kirkland.com

Mark Holscher
Kirkland & Ellis LLP - Hope St., Los Angeles, CA
333 S Hope St.
Los Angeles, CA 90071
mark.holscher@kirkland.com

Jonathan Faria
Kirkland & Ellis LLP - Hope St., Los Angeles, CA
333 S Hope St.
Los Angeles, CA 90071
jonathan.faria@kirkland.com

Tim Muris
Kirkland & Ellis LLP - Washington, DC
655 15th St. NW, Ste. 1200
Washington , DC  20005
tim.muris@kirkland.com

          *s/ Gregory Madden*
          GREGORY MADDEN