NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-10-00530-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| LifeLock Incorporated, *et al.*, | |
| Defendants. | |

At issue is Plaintiff Federal Trade Commission's Consent Motion for Ninety Day Stay of the Proceedings (Doc. 59). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Consent Motion (Doc. 59).

IT IS FURTHER ORDERED that counsel for the Commission shall advise the Court of the status of the proposed settlement, in writing, no later than January 19, 2016. If the Commission authorizes the filing of the proposed settlement before that date, the filing of that document shall constitute compliance with the foregoing Order

Dated this 30th day of October, 2015.

Honorable John J. Tuchi
United States District Judge